1  Jeffery D. Hermann (CA State Bar No. 90445)
   **ORRICK, HERRINGTON & SUTCLIFFE**
2  **LLP**
   777 South Figueroa Street
3  Los Angeles, CA 90017-5855
   Telephone:    (213) 629-2020
4  E-mail:  jhermann@orrick.com

5  Attorneys for Plaintiff IndyMac Venture, LLC

6

7

8  Richard K. Ashby

9  *Pro se*

10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14

15  INDYMAC VENTURE, LLC, a Delaware         Case Number.
    limited liability company,
16                                           CV 08-6694-RGK (CWx)
                    Plaintiff,
                                             **STIPULATED JUDGMENT**
17       v.
                                             Judge:   Hon. R. Gary Klausner
18  RICHARD K. ASHBY, an individual,

19                  Defendant.

20

21

22

23

24

25

26

27

28

OHS West:260807882.1                -1-

STIPULATED JUDGMENT

1    This Stipulated Judgment ("**Stipulated Judgment**") is in favor of Plaintiff IndyMac Venture, LLC, a Delaware limited liability company ("**Plaintiff**"), and against Defendant Richard K. Ashby, an individual, as follows:

**JUDGMENT**

1. Judgment is entered in favor of Plaintiff and against Defendant Richard K. Ashby, as of the date hereon in the amount of $29,000,000.

2. Plaintiff is entitled to collect from Defendant Richard K. Ashby its reasonable attorneys' fees and costs actually incurred in enforcing this Stipulated Judgment, if any.

3. This Court shall retain jurisdiction over this action and the parties hereto, including personal jurisdiction over the parties, to resolve and adjudicate any dispute arising under this Stipulated Judgment.

**IT IS SO ORDERED.**

**Dated: January 15, 2010**            _____
                                        **Hon. R. Gary Klausner**

OHS West:260807882.1            -2-
STIPULATED JUDGMENT